UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

IN RE:     Elvis D. Granger                  CASE NO: 13-17544
            Tina Marie Granger

               Debtor(s)                     CHAPTER 7

                                           JUDGE ARTHUR I HARRIS

## MOTION OF DEBTORS TO CONVERT CASE
## FROM CHAPTER 7 TO CHAPTER 13

The Debtors, pursuant to 11 USC 706(a), hereby move to convert the above captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

1. The case filed on October 26, 2013, is a case under Chapter 7 of the Bankruptcy Code.

2. The Debtors are eligible to be Debtors under Chapter 13 of the Bankruptcy Code.

3. The Debtors have conferred with Counsel, and believe that a conversion to Chapter 13 is in their best interest, and is in the best interest of their bankruptcy estate..

WHEREFORE, the Debtors pray for relief under chapter 13 of the Bankruptcy Code.

Respectfully submitted,

12/3/2013 /s/ William J. Balena
_____  _____
Date William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Road
Suite 106
Westlake, OH 44145
(888) 633-5426
(866) 936-6113 - Fax
docket@ohbksource.com

# **CERTIFICATION**

The undersigned attorney for Debtors hereby certifies on December 3, 2013, a copy of the Motion of Debtors to Convert Case from Chapter 7 to Chapter 13 was forwarded via regular U.S. Mail and/or e-mail to the following parties of interest:

Waldemar Wojcik, Chapter 7 Trustee
(Via ECF at wojcik@wojciklpa.com)

Elvis and Tina Granger
4854 Mark Court
North Ridgeville,. OH 44039

    Respectfully submitted,

    /s/ William J. Balena

    ―――――――――――――――
    William J. Balena (0019641)
    Attorney for Debtors
    30400 Detroit Road, Suite 106
    Westlake, OH 44145
    (888) 633-5426
    (888) 936-6113 - Fax
    docket@ohbksource.com