# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In Re: | CASE NO. 13-17544 |
|---|---|
| **Elvis D. Granger & Tina M. Granger** | CHAPTER 13 |
| Debtors | JUDGE HARRIS |

## DEBTORS' MOTION TO SUSPEND PLAN PAYMENT FOR 2 MONTHS

Debtors request a 2-month suspension of plan payments for the following reasons:

1. Debtor-husband, (Elvis) Dion Granger is scheduled for two carpal tunnel surgeries in the month of November 2017. The first 11/3 and the second hand 11/30/17.

2. At the present time, he expects to be off work for the months of November and December 2017. Dion Granger works as a Truck Mechanic and cannot do his job while recuperating.

3. His only income for his time off will be FMLA which at his job is 50% of his normal pay. This leaves debtors insufficient funds to live unless plan payments are suspended while Dion is off work.

WHEREFORE, Debtors request the court grant a two-month suspension of plan payments for the time Dion Granger is off work for medical reasons.

Respectfully submitted,

BALENA LAW FIRM, LLC

<u>/s/ William J. Balena</u>
William J. Balena, Member (0019641)
Attorney for Debtors
30400 Detroit Road, Suite 106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Elvis D. Granger &<br>Tina M. Granger<br><br>Debtors | CASE NO. 13-17544<br><br>CHAPTER 13<br><br>JUDGE HARRIS |

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing debtors' motion to suspend plan payments for 2 months was served via e-mail and/or regular U.S. Mail September 22, 2017 to the following:

Craig Shopneck, Chapter 13 Trustee, Via ECF at ch13shopneck@ch13cleve.com

William J. Balena, on behalf of Debtors Via ECF at docket@ohbksource.com

Mia L. Conner on behalf of Creditor JPMorgan Chase Bank, N.A. nohbk@lsrlaw.com

Via regular mail by third party authorized notice provider Bk Attorney Services LLC:

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Barclays/Juniper
Attention: Bankruptcy
P.O. Box 1337
Philadelphia, PA 19101

Applied Bank
Attention: Bankruptcy Dept.
P.O. Box 17125
Wilmington, DE 19850

Capital Management Services, LP
698 1/2 S. Ogden Street
Buffalo, NY 14206-2317

Capital One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Capital One, N.A.
Capital One Bank (USA) N.A.
P.O. Box 30285
Salt Lake City, UT 84130

Capital One/Best Buy
Capital One Bank (USA) N.A.
P.O. Box 30285
Salt Lake City, UT 84130

CCS/First Savings Bank
500 East 60th St. N.
Sioux Falls, SD 57104

Chase
P.O. Box 901039
Fort Worth, TX 76101

Cheek Law Offices, LLC
471 East Broad Street
12th Floor
Columbus, OH 43215

CIGPF I Corp.
c/o Northland Group, Inc.
7831 Glenroy Road
Suite 250
Edina, MN 55439

Citibank/Home Depot
Attn: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Condor Capital Corp.
P.O. Box 18027
Hauppauge, NY 11788

Cypress Financial Recoveries, LLC
175 S Washington Ave., #9
Dumont, NJ 07628

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

GECRB/Amazon
P.O. Box 981400
El Paso, TX 79998

GECRB/Gap
Attn: Bankruptcy
P.O. Box 965005
Orlando, FL 32896

GECRB/GECAF
950 Forrer Blvd.
Kettering, OH 45420

GEMB/Care Credit
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

GEMB/JC Penny
Attention: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

| | |
|---|---|
| Greene & Cooper, LLP<br>3000 Vernon Place<br>Cincinnati, OH 45219 | Nations Recovery Center, Inc.<br>6491 Peachtree Industrial Blvd.<br>Atlanta, GA 30360 |
| Integrity Solution Services, Inc.<br>P.O. Box 1898<br>Saint Charles, MO 63302-1898 | PNC Mortgage<br>3232 Newark Dr.<br>Miamisburg, OH 45342 |
| Javitch. Block & Rathbone<br>1100 Superior Avenue<br>18th Floor<br>Cleveland, OH 44114-2531 | Target National Bank-Visa (TV)<br>C/O Financial & Retail Services<br>Mailstop BV   P.O.Box 9475<br>Minneapolis, MN 55440 |
| Merrick Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 9201<br>Old Bethpage, NY 11804 | Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810-1008 |

Respectfully submitted,

BALENA LAW FIRM, LLC

<u>/s/ William J. Balena</u>
William J. Balena, Member (0019641)
Attorney for Debtors
30400 Detroit Road, Suite 106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com