## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:     Elvis D. Granger                    ) Case No. 13-17544
           Tina M. Granger                     ) Chapter 13 Proceedings
                    Debtors                    ) Judge Arthur I. Harris

### TRUSTEE'S MOTION TO DISMISS CASE
### FOR FAILURE TO FUND

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby moves this Honorable Court to dismiss the case of the Debtors pursuant to Section 1307 of the Bankruptcy Code for failure to fund. In support of this motion, the Trustee makes the following representations to the Court:

1.       The Debtors filed a petition under Chapter 13 of Title 11, U.S.C. on **October 26, 2013**. The plan of the Debtors was confirmed on **March 21, 2014**. The current plan of the Debtors provides for payments to the Trustee of **$1,372.00 monthly**.

2.       The Trustee has reviewed the Trustee's records and states that as of the date of this motion, the Debtors are delinquent **$3,910.73**.

3.       The Trustee will not withdraw this motion unless a response is filed and the Debtors submit **$3,910.73** to the Trustee along with the additional payment of **$1,372.00 per month** due by the hearing date set by the Court or the Trustee.

4.       Section 1307(c)(1) of the Bankruptcy Code states that unreasonable delay by the debtors that is prejudicial to creditors is grounds for dismissal of the case of the debtors. In addition, Section 1307(c)(6) of the Bankruptcy Code states that material default by the debtors with respect to the terms of a confirmed plan is grounds for dismissal of the case of the debtors. The Trustee believes that the failure of the debtors to maintain payments to the Trustee has unreasonably delayed the administration of the case of the debtors, and ultimately delayed the potential repayment of the creditors of the estate of the debtors. As a result, cause exists to dismiss the case of the debtors.

**WHEREFORE**, your Trustee, being a proper party in interest, moves this Honorable Court to grant this motion and dismiss the case of the debtors for the reasons cited.

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268      Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on July 25, 2018, a true and correct copy of this Motion to Dismiss Case was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

William J Balena, on behalf of Tina M. & Elvis D. Granger, Debtors
at Docket@Ohbksource.Com

And by regular U.S. mail, postage prepaid, on:

Tina M. & Elvis D. Granger, Debtors, at 4854 Mark Court, North Ridgeville, OH 44039

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
(216) 621-4268